

RECEIVED
IN MONROE, LA

JAN 0 3 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

DONALD RAY LEMONS                    CIVIL ACTION NO. 07-1451

VS.

BURL CAIN, WARDEN                    JUDGE ROBERT G. JAMES

                                     MAG. JUDGE KAREN L. HAYES

## JUDGMENT

After an independent review of the record and the objections filed herein, the Court ADOPTS parts 1, 2, and 3 of Judge Hayes's Report and Recommendation. The Court also ADOPTS part 4 of Judge Hayes's opinion, as modified by this Ruling.

IT IS ORDERED, ADJUDGED, AND DECREED that Lemons's petition for writ of habeas corpus [Doc. No. 1] is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this __2__ day of __January__, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE