


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| DONALD RAY LEMONS | CIVIL ACTION NO. 07-1451 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| BURL CAIN, WARDEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

After an independent review of the record and the objections filed herein, the Court ADOPTS Magistrate Judge Hayes's Report and Recommendation [Doc. No. 21]. For the reasons stated in the Report and Recommendation and in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Lemons's Petition for Writ of *Habeas Corpus* [Doc. No. 1] is DENIED and DISMISSED WITH PREJUDICE as untimely.

MONROE, LOUISIANA, this ___1___ day of ___October___, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE